```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                            AT SEATTLE
```

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )   Case No.  06-67M
        v.                          )
                                    )
DEANDRE H. BRADFORD,                )   DETENTION ORDER
                                    )
            Defendant.              )
_____)

Offenses charged:

   Count 1:  Possession of Cocaine Base with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

Date of Detention Hearing:   February 21, 2006.

   The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

   FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

   (1)   Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges.

   (2)   Defendant has no ties to the Western District of Washington, or to this community.

   (3)   Defendant has ongoing substance-abuse problems.

(4) There was a firearm present at the time of defendant's arrest for the instant offense.

(5) Defendant admitted that he had known the co-defendant for twenty (20) years, and that both were Crips gang members.

(6) There appear to be no conditions or combination of conditions other than detention that will address the risk of flight and the the danger to other persons of the community posed by defendant.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 23rd day of February, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge